COMMERCIAL BANK, Appellant, *v.* IRVING E. WATERS,
Respondent.

*Commercial Bank* v. *Waters,* 45 App. Div. 441, affirmed.
(Argued May 3, 1901; decided May 21, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 28, 1899, sustaining defendant's exceptions ordered
to be heard in the first instance by the Appellate Division and
granting a motion for a new trial.

*Horace McGuire* for appellant.

*Jeremiah J. Hurley* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs; no opinion.

Concur: GRAY, BARTLETT, HAIGHT, MARTIN, VANN and
WERNER, JJ.   Not voting: PARKER, Ch. J.

———————

ADAM R. WANDLING, Respondent, *v.* ITHACA STREET RAILWAY
COMPANY, Appellant.

*Wandling* v. *Ithaca Street Ry. Co.,* 45 App. Div. 629, affirmed.
(Argued May 3, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 5, 1899, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*De Forest Van Vleet* for appellant.

*Henry G. Atwater* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, HAIGHT, MARTIN, VANN and
WERNER, JJ.   Not voting: PARKER, Ch. J.